UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| NICOLE NORTH, | CASE NO. 22-48693-LSG |
| DEBTOR. | JUDGE LISA S. GRETCHKO |
| _____/ | |

**TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF STATE OF MICHIGAN (PACER CLAIM NO. 17-1)**

**NOW COMES** the Chapter 13 Standing Trustee in this matter, David Wm. Ruskin, and objects to the Proof of Claim filed on behalf of State Of Michigan (PACER Claim No. 17-1), and in support thereof states as follows:

1. This is a core proceeding under 28 U.S.C. § 157(a)(b)(2)(B), over which this Court has jurisdiction under 28 U.S.C. § 1334.

2. This objection is brought pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. 3007, and Local Bankruptcy Rule 3007-1.

3. The Debtor filed a protective proof of claim on behalf of the State Of Michigan (PACER Claim No. 17-1), on June 2, 2023, in the amount of $2,068.00.

4. The Michigan Department of Treasury filed a claim for taxes (PACER Claim No. 18-1), on November 22, 2024, in the amount of $3,691.00.

5. It appears that the Proof of Claim No. 17-1 is a duplicate of Proof of Claim No. 18-1.

6. Alternatively, Proof of Claim No. 17-1 fails to attach any supporting documentation.

**WHEREFORE**, the Chapter 13 Standing Trustee requests that this Honorable Court disallow the Proof of Claim filed on behalf of State Of Michigan (PACER Claim No. 17-1) on June 2, 2023, in its entirety, and grant any further and other relief as this Court deems equitable and just.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE,
DAVID WM. RUSKIN

Dated: December 19, 2024    By: _/s/ Michelle M. Stephenson_
DAVID Wm. RUSKIN (P26803), Trustee
CHRISTOPHER P. REILLY (P54168), Staff Attorney
MICHELLE M. STEPHENSON (P51653), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI  48076-4251
(248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| NICOLE NORTH, | CASE NO. 22-48693-LSG |
| | JUDGE LISA S. GRETCHKO |
| DEBTOR. | |
| _____/ | |

**(PROPOSED)**

**ORDER DISALLOWING THE PROOF OF CLAIM FILED ON BEHALF OF STATE OF MICHIGAN (PACER CLAIM NO. 17-1)**

  This matter came before the Court on the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee (the "Claim Objection"; ECF No. \_\_\_\_) to Proof of Claim of State Of Michigan (the "Claim"). Required parties were served with the Claim Objection and notice of the deadline for responses thereto. No response to the Claim Objection was timely filed and a certification of no response has been filed. The Court has reviewed the claim and the Claim Objection and is advised in the premises.

  IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of State Of Michigan (PACER Claim No. 17-1) on June 2, 2023, in the amount of $2,068.00 is disallowed.

EXHIBIT 1

Form B20B (Official Form 20B)
12/1/2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **IN RE:** <br> NICOLE NORTH, <br>                        DEBTOR. <br> AKA or DBA (if any: | CHAPTER 13 Proceeding <br> CASE NO. 22-48693-LSG <br> JUDGE LISA S. GRETCHKO |

Address(es):
43420 Tyler
Belleville, MI 48111-0000

Social Security Number(s):
XXX-XX-      XXX-XX-

Employer's Tax Identification (EIN) No(s). (if any):
_____/

### NOTICE OF OBJECTION TO CLAIM FILED ON BEHALF OF STATE OF MICHIGAN (PACER CLAIM NO. 17-1)

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before January 23, 2025, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

    U.S. Bankruptcy Court
    211 W. Fort Street, Suite 2100
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.  All attorneys are required to file pleadings electronically.

    You must also mail a copy to:

    Frego & Associates - The Bankruptcy Law Office, 23843 Joy Road,  Dearborn Heights, MI 48127-0000
    David Wm. Ruskin, 26555 Evergreen Rd., Ste 1100, Southfield, MI  48076
    STATE OF MICHIGAN, DEPT. OF TREASURY, COLLECTION DIVISION, PO BOX 77437, DETROIT, MI 48277
    MOE FREEDMAN, 3030 W. GRAND BLVD, STE 10-200, DETROIT, MI  48202

2. Attend the hearing on the objection, scheduled to be held on January 30, 2025, at 10:00 a.m., in Courtroom 1975, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

                             OFFICE OF THE CHAPTER 13 STANDING TRUSTEE,

                             DAVID WM. RUSKIN

Dated: December 19, 2024          By:  /s/ Michelle M. Stephenson
                                          DAVID Wm. RUSKIN (P26803), Trustee
                                          CHRISTOPHER P. REILLY (P54168), Staff Attorney
                                          MICHELLE M. STEPHENSON (P51653), Staff Attorney
                                          1100 Travelers Tower, 26555 Evergreen Road
                                          Southfield, MI  48076-4251
                                          (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN RE:**

NICOLE NORTH,
                    DEBTOR.

CHAPTER 13
CASE NO. 22-48693-LSG
JUDGE LISA S. GRETCHKO

_____/

### CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED ON BEHALF OF STATE OF MICHIGAN (PACER CLAIM NO. 17-1)

I hereby certify that on December 19, 2024, I electronically filed the Trustee's Objection to the Proof of Claim filed on behalf of State Of Michigan (PACER Claim No. 17-1) With (Proposed) Order Disallowing the Proof of Claim filed on behalf of State Of Michigan (PACER Claim No. 17-1), Notice of Objection to Claim filed on behalf of State Of Michigan (PACER Claim No. 17-1) and Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

FREGO & ASSOCIATES
- THE BANKRUPTCY LAW OFFICE
23843 JOY ROAD
DEARBORN HEIGHTS, MI 48127-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

NICOLE NORTH
43420 TYLER
BELLEVILLE, MI 48111

STATE OF MICHIGAN
DEPT. OF TREASURY
COLLECTION DIVISION
PO BOX 77437
DETROIT, MI 48277;

MOE FREEDMAN
3030 W. GRAND BLVD, STE 10-200
DETROIT, MI 48202

Michigan Department of Treasury, Tax Policy Division
Attn: Litigation Liaison
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

        __/s/ Jayme L. DePriest__
        Jayme L. DePriest
        For the Office of David Wm. Ruskin,
        Chapter 13 Standing Trustee-Detroit
        1100 Travelers Tower
        26555 Evergreen Road
        Southfield, MI 48076-4251
        (248) 352-7755